[No. 59962-3-I.  Division One.  June 25, 2007.]

*In the Matter of the Marriage of* JILL MADISON, *Petitioner,* and BRETT CANFIELD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 05-3-06974-4, James A. Doerty, J., entered April 17, 2007. *Reversed* by unpublished per curiam opinion.

[Nos. 33697-9-II; 34724-5-II.  Division Two.  June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ASHLEY WADE SICLOVAN, *Appellant.*

*In the Matter of the Personal Restraint of* ASHLEY WADE SICLOVAN, *Petitioner.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-01856-1, Roger A. Bennett, J., entered August 11, 2005, together with a petition for relief from personal restraint. Judgment *reversed*, case *remanded*, and petition *dismissed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater, J., and Warning, J. Pro Tem.

[Nos. 33734-7-II; 35257-5-II.  Division Two.  June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES KEITH MAYFIELD, *Appellant.*

*In the Matter of the Personal Restraint of* CHARLES KEITH MAYFIELD, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01851-1, Kathryn J. Nelson, J., entered August 12, 2005, together with a petition for relief from personal restraint. Judgment *reversed*, case *remanded*, and petition *dismissed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Penoyar, J.